United States Bankruptcy Court
Middle District of Florida

In re:
Pedro A. Rodriguez
Debtor

Case No. 18-01466-MGW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-8 User: dvalencia Page 1 of 1 Date Rcvd: Jun 05, 2018
Form ID: B318 Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.

db +Pedro A. Rodriguez, 11300 66th Street North Apt. 1002, Largo, FL 33773-5521
cr +Americredit Financial Services, Inc.dba GM Financi, PO Box 183853, Arlington, TX 76096-3853
27411360 ARM Inc, P O Box 277690, Miramar, FL 33027-7690
27411359 +Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287
27411358 +Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206
27411363 +Citibank N.A., 120 Corporate Blvd. Ste. 1, Norfolk, VA 23502-4952
27411364 +Clearwater Endoscopy, 401 Corbett Street Ste 220, Clearwater, FL 33756-7302
27411365 Patrick A Carey, PA, 10967 Underhill Rd, Unit 125, Orlando, FL 32825
27417109 +United States Attorney, Attn: Civil Process Clerk, 400 N Tampa Street, Suite 3200, Tampa FL 33602-4774
27411367 +Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

tr EDI: FBASCHARRER.COM Jun 06 2018 02:43:00 Beth Ann Scharrer, Trustee, PO Box 4550, Seminole, FL 33775-4550
27537490 EDI: PHINAMERI.COM Jun 06 2018 02:43:00 Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096
27411357 +EDI: PHINAMERI.COM Jun 06 2018 02:43:00 AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853
27411361 +E-mail/Text: PBA_Legal@duvasawko.com Jun 05 2018 22:57:22 Bay Area Emergency Physcians, P.O. Box 17308, Clearwater, FL 33762-0308
27411362 +EDI: CAPITALONE.COM Jun 06 2018 02:43:00 Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285
27411366 +EDI: RMSC.COM Jun 06 2018 02:43:00 Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060

TOTAL: 6

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:

Alan D Borden on behalf of Debtor Pedro A. Rodriguez data@1800debtrelief.com, r48456@notify.bestcase.com;1663805420@filings.docketbird.com
Beth Ann Scharrer bscharrertrustee@gmail.com, fl28@ecfcbis.com;bas1@trustesolutions.net;tafch7llc@gmail.com
United States Trustee - TPA7/13 USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Pedro A. Rodriguez**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx−xx−8685** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Florida** | | |
| Case number: | **8:18−bk−01466−MGW** | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Pedro A. Rodriguez

-

Dated: June 5, 2018

Michael G. Williamson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**